704

Tighe E. WOODS, Housing Expediter, Office of Housing Expediter, Appellant, v. Ida SCHWARTZ, Appellee.

No. 12110.

United States Court of Appeals
Fifth Circuit.

Dec. 7, 1948.

Harold L. Patterson, Ch. Lit. Unit OHE, and J. Edwin Fleming, Atty. OHE, both of Dallas, Tex., and Francis X. Riley, Sp. Lit. Atty. OHE, and Irving M. Gruber, Atty. OHE, both of Washington, D. C., for appellant.

Ida Schwartz, of Dallas, Tex., in pro. per., and Julian M. Meer, of Dallas, Tex., for appellee.

Before HOLMES, WALLER, and LEE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.